IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:05CR3072 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CLAUDE SLEDGE, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant Claude Sledge's Unopposed Motion to Continue Dispositional Hearing (filing no. 99), presently set for November 8, 2011, for a period of at least ninety (90) days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Sledge's dispositional hearing, presently scheduled for November 8, 2011, shall be continued to February 8, 2012, at 12:00 noon, or as soon thereafter as the same may be heard.

DATED this 2nd day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge